| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>THE GLORIA LAW GROUP, P.C.<br>241 Hudson Street<br>Hackensack, New Jersey 07601<br>(201) 342-0406<br>Attorneys for Defendant<br>Laura S. Munzer, Esq. (LM 1647) | |
| In Re:<br><br>NICHOLAS JOHN ALTIERI,<br><br>Debtors. | Case No.: 11-12819-DHS<br><br>Chapter 7 |
| MARK AND SHONA HOLDEN,<br>                Plaintiffs,<br><br>  - against –<br><br>NICK ALTIERI,<br><br>                Defendant. | Adv. Pro. No. 11-1196 |

**I, Laura S. Munzer,** do hereby certify:

    1. I am an attorney with The Gloria Law Group, PC, attorneys for the Defendant

    On April 4, 2011, I deposited in the United States Post Office of South Hackensack, New Jersey, prepaid envelopes each containing a copy of Notice of Motion To Dismiss Plaintiffs' Complaint With Prejudice Pursuant To Federal Rule Of Civil Procedure 12(B)(6) For Failure To State A Claim, Brief, and Proposed Form of Order, to Jeffrey M. Bloom, Esq., attorney for Plaintiffs at 5700 Bergenline Ave. , West New York, NJ 07093

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                /s/ Laura S. Munzer<br>
                                                                Laura S. Munzer