*Order Filed on 09/20/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| THE GLORIA LAW GROUP, P.C.<br>241 Hudson Street<br>Hackensack, New Jersey 07601<br>(201) 342-0406<br>Attorneys for Defendant<br>Laura S. Munzer, Esq. (LM 1647) | |
| In Re:<br><br>NICHOLAS JOHN ALTIERI,<br><br>Debtors. | Case No.: 11-12819-DHS<br><br>Chapter 7 |
| MARK AND SHONA HOLDEN,<br>                    Plaintiffs,<br><br>   - against –<br><br>NICK ALTIERI,<br><br>                    Defendant. | Adv. Pro. No. 11-1196 |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM**

The relief specified in the paragraph numbered "1" on the page annexed as Page "2" be and is hereby granted.

**DATED: 09/20/2011**

_____
Honorable Donald H. Steckroth
United States Bankruptcy Judge

| | |
|---|---|
| **CASE:** | NICHOLAS JOHN ALTIERI, Debtor |
| **CASE NO.** | 11-12819-DHS |
| **ADVERSARY:** | Holden, et al. v. Altieri, 11-1196 (DHS) |
| **CAPTION:** | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH RPEJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM** |
| **PAGE:** | 2 |

Application having been made pursuant to Federal Rulse of Civil Procedure 12(b)(6) and 9(b), made applicable to this proceeding by way of Federal Rules of Bankruptcy 7012 and 7009, for entry of an Order dismissing with prejudice the Complaint of the Plaintiffs Mark and Shona Holden, for entry an order dismissing the Plaintiffs' Complaint with Prejudice; and the Court having considered the matter; the arguments and submissions of counsel; and for good cause shown:

1. IT IS HEREBY ORDERED that the defendant's application is granted and the Plaintiffs' Complaint be and is hereby dismissed with prejudice.

*Approved by Judge Donald H. Steckroth September 20, 2011*