*Order Filed on 09/22/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 11-12819 |
|---|---|
| NICHOLAS JOHN ALTIERI | Adv. No.: 11-1196 |
| Debtor. | Hearing Date: 9/20/11 |
| | Judge:    Donald H. Steckroth |

**ORDER VACATING ORDER**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 09/22/2011**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

Page 2
Debtor:
Case No.:
Caption of Order:        Order Vacating Order

Please be advised that the Order Granting Defendant's Motion to Dismiss Adversary Proceeded entered on September 20, 2011 is hereby vacated.

The Court, on its own motion, finds that the Order Granting Defendant's Motion to Dismiss Adversary Proceeded entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order Granting Defendant's Motion to Dismiss Adversary Proceeded be and the same is hereby vacated.

*Approved by Judge Donald H. Steckroth September 22, 2011*